IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | | |
|---|---|---|---|
| Civil Action: | 14-cv-00733-BNB | Date: | August 7, 2014 |
| Courtroom Deputy: | Brandy Simmons | FTR: | BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| MONICA KESSLER, | *Michael Dickson Kuhn* |
| | *Paul Lewis* |
| **Plaintiff,** | |
| v. | |
| TARGET CORPORATION, | *John Roland Chase* |
| **Defendant.** | |

## COURTROOM MINUTES

**MOTION HEARING**

Court in Session:  9:33 a.m.

Appearance of counsel.

Argument held on Plaintiffs Motion to Strike Defendant's Designation of Non-Party at Fault [26] filed on June 2, 2014.

For the reasons stated on the record, it is

**ORDERED: Plaintiffs Motion to Strike Defendant's Designation of Non-Party at Fault [26] is DENIED.**

**ORDERED: Plaintiff's Motion for Leave to File Reply in Support of Her Motion to Strike Defendant's Designation of Non-Party at Fault and Reply in Support Thereof [30] is GRANTED.**

Court in Recess:  9:55 a.m.    Hearing concluded.    Total time in Court:    00:22

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.