IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 14-cv-00733-BNB-MEH

MONICA KESSLER,

Plaintiff,

v.

TARGET CORPORATION, a Minnesota corporation,

Defendant.

_____

## ORDER
_____

This matter arises on the following:

(1)     **Plaintiff's Motion to Strike Defendant's Designation of Non-Party at Fault** [Doc. # 26, filed 6/2/2014] (the "Motion to Strike"); and

(2)     **Plaintiff's Motion for Leave to File Reply** [Doc. # 30, filed 7/2/2014] (the "Motion to Reply").

I held a hearing on the motions this morning and made rulings on the record, which are incorporated here.  For the reasons stated on the record,

IT IS ORDERED:

(1)     The Motion to Strike [Doc. # 26] is DENIED; and

(2)     The Motion to Reply [Doc. # 30] is GRANTED.

DATED August 7, 2014.

                                        BY THE COURT:

                                        <u>  s/ Boyd N. Boland          </u>
                                        United States Magistrate Judge