IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 14-cv-00733-BNB-MEH

MONICA KESSLER,

Plaintiff,

v.

TARGET CORPORATION, a Minnesota corporation,

Defendant.

---

**ORDER**

---

This matter is before me on the **Stipulated Motion to Dismiss With Prejudice** [Doc. # 41, filed August 29, 2014] (the "Motion").  The parties have stipulated to the dismissal of all claims, with prejudice, each party to pay his, her, or its own costs and attorneys' fees.  Accordingly,

IT IS ORDERED that the case is DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(2), each party to pay his, her, or its own costs and attorneys' fees.

DATED September 8, 2014.

BY THE COURT:

  s/ Boyd N. Boland
United States Magistrate Judge